930 P.2d 1015

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Kim | 17823 | 12/04/96 | Vacated and Remanded |
| State v. Sua | 18624 | 12/05/96 | Vacated and Remanded |
| State v. Kenui | 18620 | 12/05/96 | Vacated and Remanded |
| Gill v. Weaver | 15318 | 12/06/96 | Reversed and Remanded |
| Green Sand Community Ass'n v. Hayward | 18138 | 12/11/96 | Vacated and Remanded |
| Tenno v. Broderick | 16769 & 16770 | 12/12/96 | Vacated and Remanded |
| State v. Brewer | 18440 | 12/23/96 | Vacated and Remanded |
| Katz v. The Housing Group–Hawaii, Inc. | 16355 | 01/13/97 | Affirmed in part, Vacated and Remanded in part |
| Fairechild v. United Airlines, Inc. | 18726 | 1/16/97 | Affirmed |
| State v. Gaspar | 17866 | 1/21/97 | Affirmed in part, Vacated and Remanded |
| Western United Life Assurance Co. v. Menefee Management Corp. | 18101 | 1/24/97 | Vacated and Remanded |
| Y.Y. Valley Corp. v. Aurio | 16080 & 17177 | 1/30/97 | Affirmed in part, Vacated and Remanded in part |
| State v. Gomes | 16714 | 12/20/96 | Granted | —— Hawai'i ——, —— P.2d —— 1996 WL 690060 |
| State v. Sanchez | 17724 | 8/26/96 | Denied | 82 Hawai'i 517, 923 P.2d 934 |